E-FILED
Tuesday, 24 May, 2022  03:31:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MAY 2 3 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PERSON OF KEVIN GORDON, D.O.B. 09/22/1988, SSN XXX-XX-2040, SID #MO01018685 | Case No. 22-mj-3074 |

## UNITED STATES MOTION TO UNSEAL

NOW COMES the United States of America, by Gregory K. Harris, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Matthew Z. Weir, and moves this Court to unseal the above captioned case.

Respectfully submitted,

GREGORY K. HARRIS
UNITED STATES ATTORNEY

/s/ Matthew Z. Weir
Matthew Z. Weir, IL Bar No. 6304257
Assistant United States Attorney
United States Attorney's Office
318 South 6th Street
Springfield, IL 62701
Telephone: 217/492-4450
Email: Matthew.Weir@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Counsel of Record.

*/s/ Matthew Z. Weir*
Matthew Z. Weir
Assistant United States Attorney
